IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–55–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TAYLOR GALE PENNY, | |
| Defendant. | |

Before the Court is Defendant Taylor Gale Penny's unopposed motion to file under seal. (Doc. 63.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 63) is GRANTED. The Court has sealed the exhibit attached to the motion (Doc. 63-2).

DATED this 10th day of April, 2025.

Dana L. Christensen, District Judge
United States District Court

1