IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR GALE PENNY,<br><br>Defendant. | CR 24–55–M–DLC<br><br><br><br>ORDER |

    Before the Court is Defendant Taylor Gale Penny's unopposed motion to file four additional support letters. (Doc. 69.) For good cause appearing,

    IT IS ORDERED that the motion (Doc. 69) is GRANTED. The letters filed in conjunction with the motion are deemed filed and the Court will review them prior to Defendant's sentencing.

    DATED this 22nd day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court